KUTAK ROCK LLP
Michael A. Condyles (VA 27807)
Loc Pfeiffer (VA 39632)
Peter J. Barrett (VA 46179)
Bank of America Center
1111 East Main Street, Suite 800
Richmond, Virginia  23219-3500
(804) 644-1700
*Counsel to the Debtors*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| In re: | ) Case No. 09-10816 |
| | ) Jointly Administered |
| ON-SITE SOURCING, INC., et al.,[1] | ) Chapter 11 |
| | ) |
| Debtors. | ) |
| | ) |

### ORDER DENYING REQUEST FOR APPROVAL OF COLLATERAL CARVE-OUT

**THIS MATTER** comes before the Court on April 22, 2009 (the "Sale Hearing") upon the following matters: (i) *Motion of the Debtors for Entry of Orders (I)(a) Establishing Bid Procedures Related to the Sale of Substantially All of the Debtors' Assets, (b) Scheduling a Hearing to Consider the Sale, (c) Approving the Form and Manner of Notice of Sale by Auction, (d) Establishing Procedures for Noticing and Determining Cure Amounts and (e) Granting Related Relief; and (II) (1) Approving Asset Purchase Agreement and Authorizing the Sale Free and Clear of All Liens, Claims, Encumbrances and Interests, (2) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (3) Granting Related Relief* (the "Sale Motion") dated February 5, 2009 [Docket No. 10]; and (ii) the *Notice of Material Changes to Terms of Asset Purchase Agreement* (the "Notice of Material Changes") dated April 9, 2009 [Docket No. 251] which memorialized certain changes to the terms of the APA (defined below) and the agreement between the Debtors, Integreon Discovery Solutions (DC), Inc.

---

[1]  The debtors in these proceedings are:  On-Site Sourcing, Inc., DocuForce Financial Corp. and On-Site LA, Inc.

4846-3339-0851.4

("Integreon") (the buyer under the APA), and the Official Committee of Unsecured Creditors of On-Site Sourcing, Inc. (the "Committee").

**UPON DUE CONSIDERATION OF THE RECORD AND THE EVIDENCE BEFORE THE COURT, THE COURT MAKES THE FOLLOWING FINDINGS OF FACT AND CONCLUSIONS OF LAW:**

A. The findings and conclusions set forth herein constitute the Court's findings of fact and conclusions of law pursuant to FED. R. BANKR. P. 7052, made applicable to this proceeding pursuant to FED. R. BANKR. P. 9014.

B. The Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §§ l57(b)(2) and 1334. The Sale Motion and the Notice of Material Changes involve core proceedings in accordance with 28 U S C § 157(b). The Court has personal jurisdiction over all necessary parties to the Sale Motion and the Notice of Material Changes. The appearance of all interested parties and all responses and objections to the Sale Motion having been duly noted in the record of the Sale Hearing; and upon the record of the Sale Hearing, and, except as set forth herein, all objections having been resolved or overruled pursuant to this Order.

C. The Notice of Material Changes describes the agreement of the Debtors, Integreon and the Committee to the creation of a collateral carve-out from Integreon's liens and security interests for the exclusive benefit of the general unsecured creditors (the "Collateral Carve-Out").

D. The Collateral Carve-Out circumvents the ordinary Chapter 11 distribution process and violates the absolute priority rule.

**UPON DUE CONISDERATION OF THE ABOVE, IT IS ORDERED, ADJUDGED AND DECREED THAT:**

1. The request for the Collateral Carve-Out is DENIED.

                                                                                      _____

Date:  May \_\_\_, 2009                                                 United States Bankruptcy Court Judge

We ask for this:


/s/  Michael A. Condyles by Michael E. Hastings (with permission)
Michael A. Condyles (VA 27807)
Loc Pfeiffer (VA 39632)
Peter J. Barrett (VA 46179)
KUTAK ROCK LLP
1111 East Main Street, Suite 800
Richmond, Virginia  23219-3500
Telephone:     (804) 644-1700
Facsimile:     (804) 783-6192
*Counsel to the Debtors*


Seen and Objected to:

/s/ Michael E. Hastings
Jonathan L. Gold (admitted *pro hac vice*)
LECLAIRRYAN, A Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, Virginia 22314
(703) 684-8007
(703) 684-8075 Fax
-and-
Michael E. Hastings (Virginia Bar No. 36090)
Brandy M. Rapp (Virginia Bar No. 71385)
LECLAIRRYAN, A Professional Corporation
1800 Wachovia Tower, Drawer 1200
Roanoke, Virginia 24006
(540) 777-3065
(540) 310-3050 Fax
*Counsel for the Official Committee Of Unsecured Creditors*
Seen:



/s/Karen B. Dine by Michael E. Hastings (with permission)

PILLSBURY WINTHROP SHAW PITTMAN LLP
Jerry Hall (VA 41511)
Karen B. Dine (admitted *pro hac vice*)
2300 N. Street, NW
Washington, DC 20037
(202) 663-8000
*Counsel for Integreon Discovery Solutions (DC), Inc.*

## LOCAL RULE 9022-1(C)(2) CERTIFICATION

The undersigned hereby certifies that on the 27th day of April 2009, the foregoing proposed Order was served upon all necessary parties via electronic mail or first-class mail, postage prepaid, pursuant to the Order Establishing Notice, Case Management and Administrative Procedures entered March 9, 2009 and was endorsed by the above parties.

/s/_____