**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ON-SITE SOURCING, INC., ET AL.,[1] | ) | Case No. 09-10816-RGM |
| | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF APPEAL

The Official Committee of Unsecured Creditors of On-Site Sourcing, Inc., et al. (the "Committee"), by counsel, appeals under 28 U.S.C. § 158(a)(1) and Rule 8001(a) of the Federal Rules of Bankruptcy Procedure from the final Order Denying Request for Approval of Collateral Carve-Out entered by the bankruptcy judge on June 2, 2009 in the captioned case.

---

[1] The Debtors in these administratively consolidated cases are On-Site Sourcing, Inc., DocuForce Financial Corp. and On-Site LA, Inc.

Craig B. Young (Virginia Bar No. 22633)
Jonathan L. Gold (admitted *pro hac vice*)
LECLAIRRYAN, A Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, Virginia 22314
(703) 684-8007
(703) 684-8075 Fax

Michael E. Hastings (Virginia Bar No. 36090)
Brandy M. Rapp (Virginia Bar No. 71385)
LECLAIRRYAN, A Professional Corporation
1800 Wachovia Tower, Drawer 1200
Roanoke, Virginia 24006
(540) 777-3065
(540) 310-3050 Fax

*Counsel for Official Committee of Unsecured*
*Creditors of On-Site Sourcing, Inc., et al.*

The names of all parties to the Order Denying Request for Approval of Collateral Carve-Out so appealed and the names, addresses, and telephone numbers of their respective attorneys are as follows:

On-Site Sourcing, Inc., et al.

> Counsel:
>
> Michael A. Condyles (Va. Bar No. 27807)
> Loc Pfeiffer (Va. Bar No. 39632)
> Peter J. Barrett (Va. Bar No. 46179)
> KUTAK ROCK LLP
> 1111 East Main Street, Suite 800
> Richmond, Virginia 23219-3500
> (804) 644-1700

Official Committee of Unsecured Creditors of On-Site Sourcing, Inc., et al.

> Counsel:
>
> Craig B. Young (Virginia Bar No. 22633)
> Jonathan L. Gold (admitted *pro hac vice*)
> LECLAIRRYAN, A Professional Corporation
> 225 Reinekers Lane, Suite 700
> Alexandria, Virginia 22314
> (703) 684-8007
>
> Michael E. Hastings (Virginia Bar No. 36090)
> Brandy M. Rapp (Virginia Bar No. 71385)
> LECLAIRRYAN, A Professional Corporation
> 1800 Wachovia Tower, Drawer 1200
> Roanoke, Virginia 24006
> (540) 777-3065

Integreon Discovery Solutions (DC), Inc.

> Counsel:
>
> Jerry Hall (Va. Bar No. 41511)
> Karen B. Dine (admitted *pro hac vice*)
> PILLSBURY WINTHROP SHAW PITTMAN LLP
> 2300 N. Street, NW
> Washington, DC 20037
> (202) 663-8000

United States Trustee

Counsel:

Martha L. Davis
Office of the United States Trustee
115 South Union Street #210
Alexandria, VA 22314
(703) 557-7180

Dated:  June 12, 2009
Alexandria, Virginia

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF ON-SITE SOURCING, INC., et al.

/s/ Michael E. Hastings
Counsel

Craig B. Young (Virginia Bar No. 22633)
Jonathan L. Gold (admitted *pro hac vice*)
LECLAIRRYAN, A Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, Virginia 22314
(703) 684-8007
(703) 684-8075 Fax

Michael E. Hastings (Virginia Bar No. 36090)
Brandy M. Rapp (Virginia Bar No. 71385)
LECLAIRRYAN, A Professional Corporation
1800 Wachovia Tower, Drawer 1200
Roanoke, Virginia 24006
(540) 777-3065
(540) 310-3050 Fax

*Counsel for the Official Committee Of Unsecured
Creditors of On-Site Sourcing, Inc.,  et al.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of June, 2009 the foregoing Notice of Appeal was filed with the Court via the Clerk's CM/ECF electronic filing system, which will send notification of such filing to the following parties:

    Michael A. Condyles
    Loc Pfeiffer
    Peter J. Barrett
    KUTAK ROCK LLP
    1111 East Main Street, Suite 800
    Richmond, Virginia 23219-3500
        *Counsel for On-Site Sourcing, Inc., et al.*

    Jerry Hall
    Karen B. Dine
    PILLSBURY WINTHROP SHAW PITTMAN LLP
    2300 N. Street, NW
    Washington, DC 20037
        *Counsel for Integreon Discovery Solutions (DC), Inc.*

    Martha L. Davis, Trial Attorney
    Office of the United States Trustee
    115 South Union Street #210
    Alexandria, VA 22314
        *Counsel for U.S. Trustee*

                                /s/ Michael E. Hastings
                                    Counsel