UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ON-SITE SOURCING, INC., ET AL.,[1] | ) | Case No. 09-10816-RGM |
| | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| | ) | |

**APPELLANT'S DESIGNATION OF ITEMS**
**TO BE INCLUDED IN THE RECORD ON APPEAL**

The Official Committee of Unsecured Creditors of On-Site Sourcing, Inc., et al. (the "<u>Committee</u>"), by counsel, hereby designates the following items for inclusion in the record on appeal:

| Exhibit No. | Filing Date | Docket Entry No. | Docket Text[2] |
|---|---|---|---|
| A | 02/04/09 | 8 | Motion of the Debtors for an Order Authorizing Debtors to Pay Prepetition Claims of Certain Critical Vendors and Service Providers |

---

[1] The Debtors in these administratively consolidated cases are On-Site Sourcing, Inc., DocuForce Financial Corp. and On-Site LA, Inc.

[2] The record shall include any and all exhibits, attachments and schedules to any of the pleadings or documents listed herein.

Craig B. Young (Virginia Bar No. 22633)
Jonathan L. Gold (admitted *pro hac vice*)
LECLAIRRYAN, A Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, Virginia 22314
(703) 684-8007
(703) 684-8075 Fax

Michael E. Hastings (Virginia Bar No. 36090)
Brandy M. Rapp (Virginia Bar No. 71385)
LECLAIRRYAN, A Professional Corporation
1800 Wachovia Tower, Drawer 1200
Roanoke, Virginia 24006
(540) 777-3065
(540) 310-3050 Fax

*Counsel for Official Committee of Unsecured*
*Creditors of On-Site Sourcing, Inc., et al.*

| B | 02/05/09 | 10 | Motion of the Debtors for Entry of Orders (I)(a) Establishing Bid Procedures Related to the Sale of Substantially All of the Debtors' Assets, (b) Scheduling a Hearing to Consider the Sale, (c) Approving the Form and Manner of Notice of Sale by Auction, (d) Establishing Procedures for Noticing and Determining Cure Amounts and (e) Granting Related Relief; and (II) (1) Approving Asset Purchase Agreement and Authorizing the Sale Free and Clear of All Liens, Claims, Encumbrances and Interests, (2) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (3) Granting Related Relief |
|---|---|---|---|
| C | 02/05/09 | 11 | Motion of the Debtors for Interim and Final Orders Pursuant to 11 U.S.C. Sections 105, 361, 362, 363, 364(c), 364(d) and 364(e) and Fed. R. Bankr. P. 4001 and 9014 (I) Authorizing Debtors to Obtain Secured Post petition Financing on Super-Priority Priming Lien Basis and Modifying the Automatic Stay, (II) Authorizing Debtors to Use Cash Collateral of Existing Secured Lender, (III) Granting Adequate Protection to Prepetition Secured Party, (IV) Authorizing Debtors to Repay Existing Secured Indebtedness Upon Final Approval and (V) Setting the Time for the Final Hearing |
| D | 02/05/09 | 12 | Motion of the Debtors for an Order Authorizing the Debtors to Pay Certain Prepetition (i) Employee Commission, (ii) Reimbursable Employee Expenses and (iii) Employee Medical and Similar Benefits |
| E | 02/10/09 | 40 | Order Authorizing Debtors to Pay Prepetition Claims of Certain Critical Vendors and Service Providers |

| Exhibit No. | Filing Date | Docket Entry No. | Docket Text |
|---|---|---|---|
| F | 02/10/09 | 41 | Order Authorizing Debtors to Pay Certain Prepetition (I) Employee Commissions, (II) Reimbursable Employee Expenses and (III) Employee Medical and Similar Benefits |
| G | 02/10/09 | 47 | Interim Order pursuant to 11 USC Section 361, 362, 363, 364(c), 364(d) and 364(e) and Fed. R. Bankr. P. 4001 and 9014 (I) Authorizing debtors to Use Cash Collateral of Prepetition Secured Lender and (II) Granting Adequate Protection To Prepetition Secured Lender |
| H | 02/23/09 | 87 | Order Establishing Bid Procedures and Order Setting Hearing to Consider Sale |
| I | 03/04/09 | 104 | Final Order pursuant to 11 USC Section 105, 361, 362, 363, 364 (d) and 364(e) and Fed R. Bankr. P. 4001 and 9014 (I) Authorizing Debtors to Obtain Secured Post-Petition Financing on Super-Priority Priming Lien Basis and Modifying Automatic Stay, (II) Authorizing Debtors to Use Cash Collateral of Existing Secured Lender, (III) Granting adequate protection to existing secured lender, And (IV) Authorizing Debtors to repay existing secured indebtedness upon Final Approval |
| J | 04/09/09 | 251 | Notice of Material Changes to Terms of Asset Purchase Agreement |
| K | 04/15/09 | 274 | Objection to Certain Changes Set Forth in Notice of Material Changes to Terms of Asset Purchase |
| L | 04/20/09 | 292 | The Official Committee of Unsecured Creditors' Reply to the Objection of the United States Trustee to Certain Changes Set Forth in the Notice of Material Changes to Terms of Asset Purchase Agreement |
| M | 04/22/09 | 302 | Hearing continued: Hearing scheduled 4/28/2009 **(Transcript Ordered 06/18/09)** |
| N | 04/28/09 | 324 | Hearing held CT: Order to be Revised with Modification to be Submitted **(Transcript Ordered 06/18/09)** |

| Exhibit No. | Filing Date | Docket Entry No. | Docket Text |
|---|---|---|---|
| O | 04/30/09 | 328 | Hearing held CT: Presentation of Order Submitted and to be Entered **(Transcript Ordered 06/18/09)** |
| P | 04/30/09 | 329 | Order Approving Asset Purchase Agreement and Authorizing the Sale of All of the Debtors' Assets and Authorizing the Assumption of Certain Executory Contracts and Unexpired Leases and Granting Related Relief |
| Q | 06/02/09 | 367 | Order Denying request for Approval of Collateral Carve-Out |

Dated: June 22, 2009
Alexandria, Virginia

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF ON-SITE SOURCING, INC., et al.

/s/ Michael E. Hastings
Counsel

Craig B. Young (Virginia Bar No. 22633)
Jonathan L. Gold (admitted *pro hac vice*)
LECLAIRRYAN, A Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, Virginia 22314
(703) 684-8007
(703) 684-8075 Fax

Michael E. Hastings (Virginia Bar No. 36090)
Brandy M. Rapp (Virginia Bar No. 71385)
LECLAIRRYAN, A Professional Corporation
1800 Wachovia Tower, Drawer 1200
Roanoke, Virginia 24006
(540) 777-3065
(540) 310-3050 Fax

*Counsel for the Official Committee Of Unsecured
Creditors of On-Site Sourcing, Inc., et al.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of June, 2009 the foregoing Appellant's Designation of Items to be Included in the Record on Appeal, together with the items designated herein, were filed with the Court via the Clerk's CM/ECF electronic filing system, which will send notification of such filing to the following parties:

Michael A. Condyles
Loc Pfeiffer
Peter J. Barrett
KUTAK ROCK LLP
1111 East Main Street, Suite 800
Richmond, Virginia 23219-3500
    *Counsel for On-Site Sourcing, Inc., et al.*

Jerry Hall
Karen B. Dine
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N. Street, NW
Washington, DC 20037
    *Counsel for Integreon Discovery Solutions (DC), Inc.*

Martha L. Davis, Trial Attorney
Office of the United States Trustee
115 South Union Street #210
Alexandria, VA 22314
    *Counsel for U.S. Trustee*

                                    /s/ Michael E. Hastings
                                    Counsel